**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**NAREN CHAGANTI,**

      **Plaintiff,**

      **v**

**I2 PHONE INTL, INC et al,**

      **Defendants.**

                                                  /

**No   C-04-0987 VRW**

**ORDER**

On March 10, 2005, this court entered an order denying defendants' motion to dismiss plaintiff's amended complaint. Doc #35. Pursuant to FRCP 12(a)(4)(A), defendants had ten (10) days following denial of their motion to file a responsive pleading. Defendants did not do so within the time allotted; in fact, defendants have filed nothing in this case since August 2004.

Plaintiff now moves for default judgment as to all defendants. Doc #36. Plaintiff's motion baffles the court, as the proper procedure for obtaining default judgment against a delinquent party was thoroughly discussed in the court's July 29,

2004 order.  Doc # 25; amended by Doc #26.  As observed therein, "the entry of default is a prerequisite to the entry of default judgment * * *."  Id at 7-8.  Plaintiff has not applied for or obtained an entry of default from the clerk of this court pursuant to FRCP 55(a).  Consequently, plaintiff's motion (Doc #36) is DENIED, and the motion hearing scheduled for July 7, 2005, is VACATED.

IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge