IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAREN CHAGANTI,<br><br>    Plaintiff,<br><br>    v<br><br>I2 PHONE INTERNATIONAL, INC,<br>et al,<br><br>    Defendants.<br>_____/ | No   C-04-987 VRW<br><br>Related to case no<br>C-03-5784 VRW<br><br>ORDER |

       The court has noted that there are no pending motions in this case and there have been no filings by the parties since the clerk declined to enter default on July 26, 2005. On March 9, 2006, at 2:00 PM, the court is scheduled to hold a hearing on various motions pending in related case no C-03-5784 VRW. The

//

//

//

parties in the present case are instructed to submit on or before February 28, 2006, a joint or separate statements in writing of the issues, if any, that remain to be decided in this case.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge