United States District Court

For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  NAREN CHAGANTI,                    No  C  04-0987  VRW

11           Plaintiff,                ORDER

12           v

13

14  i2 PHONE INTERNATIONAL INC, et
    al,
15
             Defendant.
16
    _____/
17

18           The court grants defendants leave to seek relief under

19  FRCP 37 by motion filed and served on or before October 26, 2006.

20  Plaintiff's opposition to be served and filed on or before November

21  9, 2006; defendants' reply to be served and filed on or before

22  November 16, 2006.  The motion shall be heard on November 30, 2006,

23  at 2:00 pm.  Pending resolution of such motion, all proceedings are

24  STAYED.

25           IT IS SO ORDERED.

26                                    _____

27                                    VAUGHN R WALKER

28                                    United States District Chief Judge