DIEMER & WHITMAN, LLP
KATHRYN S. DIEMER (SBN 133977)
JUDITH L. WHITMAN (SBN 103385)
2 North Second Street, Suite 290
San Jose, California  95113
Telephone:  (408) 971-6270
Facsimile: (408) 971-6271

ATTORNEYS FOR DEFENDANTS
i2 Phone International, Inc. and Paul R. Arena

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Naren Chaganti<br><br>        Plaintiff,<br><br>vs.<br><br>i2 Phone International, Inc., Paul R. Arena, and Does 1-20<br><br>        Defendants. | Case No. C-04-00987 (VRW)<br><br>Stipulation and Order to Resolve Discovery Dispute |

Plaintiff, Naren Chaganti, in propria persona, and Defendants i2 Phone International, Inc., Paul R. Arena and Does 1-20, by and through their counsel, Kathryn Diemer, Diemer, Whitman & Cardosi, LLP, do hereby stipulate as follows:

1. Mr. Chaganti agrees to appear for his deposition on Wednesday, December 6, 2006, at 11:00 a.m. at the offices of Diemer, Whitman & Cardosi, LLP, 75 East Santa Clara Street, formerly 2 North Second Street, Suite 290, San Jose, CA 95113.

2. Mr. Chaganti has provided or identified as part of a previous production in a related case, all documents identified in the Rule 26 disclosure, or necessary to support his claims for damages.

3. The parties having mutually resolved their discovery dispute ask that the stay on all discovery imposed by the Court in response to the request for hearing on discovery be lifted, and discovery be allowed to continue

Dated: November 22, 2006          DIEMER, WHITMAN & CARDOSI, LLP


By: /Kathryn S. Diemer /
Kathryn S. Diemer
Attorneys for Defendants

Dated: November 22, 2006


By: / Naren Chaganti/
Naren Chaganti
Appearing in Propria Persona

Plaintiff, Naren Chaganti, in propria persona, and Defendants i2 Phone International, Inc., Paul R. Arena and Does 1-20, by and through their counsel, Kathryn Diemer, Diemer, Whitman & Cardosi, LLP, appearing.

After consideration of the stipulation of the parties, this Court HEREBY ORDERS AS FOLLOWS: :

1. Mr. Chaganti is ordered to appear for his deposition on Wednesday, December 6, 2006, at 11:00 a.m. at the offices of Diemer, Whitman & Cardosi, LLP, 75 East Santa Clara Street, formerly 2 North Second Street, Suite 290, San Jose, CA 95113.

2. Mr. Chaganti has provided or identified as part of a previous production in a related case, all documents identified in the Rule 26 disclosure, or necessary to support his claims for damages.

3. The stay on all discovery imposed by this Court in response to the request for hearing on discovery is hereby lifted, and discovery is allowed to continue.

Dated: November 27, 2006



Honorable V_____
Chief Judge of _____ District Court