IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAREN CHAGANTI,      No C 04-0987 VRW

    Plaintiff,     ORDER

    v

i2 PHONE INTERNATIONAL INC, et al,

    Defendant.
_____/

    The court grants leave for defendants to file a motion for protective order regarding the depositions of Bernie Kossar and i2 Phone's person most knowledgeable.

    The motion shall be filed and served on or before January 11, 2007. Plaintiff's opposition to be served and filed on or before January 25, 2007; defendants' reply to be served and filed on or before February 1, 2007. The motion shall be heard on February 15, 2007, at 2:00 pm.

/ / /

/ / /

**Pending resolution of such motion, all proceedings are STAYED.**

      **IT IS SO ORDERED.**

**VAUGHN R WALKER
United States District Chief Judge**