IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAREN CHAGANTI, | No | C-04-987 VRW |
| Plaintiff, | | Related to case no<br>C-03-5784 VRW |
| v | | |
| I2 PHONE INTERNATIONAL, INC, et al, | | ORDER |
| Defendants. | | |

On March 27, 2007, plaintiff failed to attend the scheduled pretrial conference in this matter.  Accordingly, the court ORDERS plaintiff to SHOW CAUSE in writing by April 3, 2007, why this action should not be dismissed pursuant to FRCP 41(b) for failure to prosecute.

In the event plaintiff shows cause why the case should not be dismissed, the court will conduct a pretrial conference on April 10, 2007, at 9:00 am.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge