**United States District Court**
For the Northern District of California

1

2

3

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5   NAREN CHAGANTI,                          No   C-04-987 VRW

6          Plaintiff,                             Related to case no
                                                  C-03-5784 VRW
7          v
                                                  ORDER
8   I2 PHONE INTERNATIONAL, INC,
    et al,
9          Defendants.
                                          /
10

11       At a case management conference on April 10, 2007, the

12   court scheduled a dispositive motions hearing for June 14, 2007,

13   which was later continued to June 21, 2007.  Doc ##73, 76.  On May

14   10, 2007, plaintiff filed a motion for summary judgment in

15   accordance with this schedule.  Doc #75.  Defendants, however,

16   filed their opposition two weeks late, on June 16, 2007.  See Civ L

17   R 7-3.  Defendants' tardiness has effectively denied plaintiff the

18   opportunity to respond to the opposition in accordance with the

19   local rules.

20       Accordingly, the June 21, 2007, hearing is continued to

21   July 12, 2007.  Plaintiff may file a reply on or before June 28,

22   2007.

23

24       IT IS SO ORDERED.

25                                          _____

26                                          VAUGHN R WALKER

27                                          United States District Chief Judge

28