IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAREN CHAGANTI,

    Plaintiff,                      No   C 04-987 VRW

    v                                 ORDER

i2 PHONE INTERNATIONAL, INC, PAUL ARENA AND DOES 1-20,

    Defendants.
_____/

        On July 23, 2007, this court dismissed the claims against defendants i2 Phone International, Inc and Paul Arena for lack of subject matter jurisdiction.  Doc #100.  The court held the claims did not meet the amount in controversy requirement.  Id.  On July 24, 2007, the clerk entered judgment in favor of those defendants.  Doc #101.  On July 29, 2007, plaintiff Naren Chaganti timely moved to set aside, vacate or revise the judgment under FRCP 59(e) and FRCP 60.  Doc #102.

        On August 20, 2007, plaintiff filed a notice of appeal to the Ninth Circuit.  Doc #107.  The clerk mailed the notice of appeal to the clerk of the Ninth Circuit.  Doc #108.  Plaintiff did not pay the filing fee.  Doc #109.  Nonetheless, the appeal remains pending at the court of appeals.

Because plaintiff has appealed the final judgment and the appeal remains pending, this court cannot act on plaintiff's motion. "The filing of a notice of appeal divests the district court of jurisdiction. Unless the appellate court remands to the district court, the latter is without jurisdiction to consider motions to vacate judgment." Gould v Mutual Life Ins Co of NY, 790 F2d 769, 772 (9th Cir 1986), cited in Davis v Yageo Corp, 481 F3d 661, 685 (9th Cir 2007).

There is a well-established procedure to deal with situations such as this. "The proper procedure, once an appeal has been taken, is to ask the district court whether it wishes to entertain the motion, or to grant it, and then move [the appeals] court, if appropriate, for remand of the case." Id (quotation marks and citations omitted). Plaintiff having failed to invoke this procedure, this court cannot act. Doc #102.

The clerk is directed to STRIKE plaintiff's motion.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge